ROBERT L. CLINE, ET ALS., COMPLAINANTS–APPELLANTS, v. BENJAMIN KURZWEIL, DEFENDANT–RESPONDENT.

Argued February 7, 1949—Decided February 21, 1949.

*Mr. George H. Rosenstein* argued the cause for the complainants-appellants.

*Mr. Julius B. Cohen* argued the cause for the defendant-respondent.

PER CURIAM. The decree will be affirmed for the reasons expressed in the opinion of Vice Chancellor Jayne in the former Court of Chancery.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD, BURLING, and ACKERSON—6.

*For reversal:* None.